# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

HANNAH FAGHAN,

        Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; NAVY FEDERAL CREDIT UNION and MONEYLION, INC,

        Defendants.

Case No. 1:25-cv-13477-FDS

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

PLEASE TAKE NOTICE that Plaintiff Hannah Faghan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") ONLY have reached a settlement in principle of all claims between them. Plaintiff and Experian are in the process of completing the final settlement documents. The appropriate documents to formally dismiss Experian from this case are expected to be filed within sixty (60) days. Plaintiff and Experian request that all deadlines as they relate to Experian be stayed. Plaintiff and Experian request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1

Respectfully submitted,
Plaintiff,
Hannah Faghan
By her attorney,

Dated: 27th day of May, 2026          Respectfully submitted,


*/s/Nicola Yousif*
Nicola S. Yousif, MA No. 679545
Matthew McKenna, MA No. 705644
SHIELD LAW, LLC
157 Belmont Street
Brockton, MA 02301
T: (508) 588-7300
E: nick@shieldlaw.com
   matt@shieldlaw.com

*Attorneys for Plaintiff,*
*Hannah Faghan*


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.


*/s/ Nicola Yousif*