UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

**Hannah Faghan,**
      **Plaintiff,**


      **v.**

                            **Civil Action No. 1:25-cv-13477-FDS**


**Equifax Information Services LLC et al,**
      **Defendants.**
_____


### SETTLEMENT ORDER OF DISMISSAL
### as to Experian Information Solutions Inc.

**SAYLOR, D. J.**

      The Court having been advised on May 27, 2026, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                            By the Court,


5/27/2026                               /s/ Melonie Cooke
Date                                   Deputy Clerk