# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANNAH FAGHAN,<br><br>      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; NAVY FEDERAL CREDIT UNION and MONEYLION, INC,<br><br>      Defendants. | Case No. 1:25-cv-13477-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## DEFENDANT NAVY FEDERAL CREDIT UNION

PLEASE TAKE NOTICE that Plaintiff Hannah Faghan ("Plaintiff") and Defendant Navy Federal Credit Union ("Navy Federal") by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Navy Federal should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees and waiving all rights to appeal.

Dated: June 8, 2026

Respectfully submitted,
Plaintiff, Hannah Faghan
By her attorney,


/s/Nicola S. Yousif
Nicola S. Yousif, MA No. 679545
Matthew McKenna, MA No. 705644
SHIELD LAW, LLC
157 Belmont Street
Brockton, MA 02301
T: (508) 588-7300
E: nick@shieldlaw.com
   matt@shieldlaw.com

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nicola Yousif*